ARUNDEL CORPORATION, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 25463.)

Argued March 2, 1945; decided October 4, 1945.

*Frederick W. Newton* and *Howard G. Wilson* for appellant.
*Nathaniel L. Goldstein, Attorney-General (Arthur W. Mattson, Orrin G. Judd* and *Donald C. Glenn* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J. LEHMAN, Ch. J., deceased.